IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40901
Conference Calendar
_____

JEFFREY DAN WILLIAMS,

Petitioner-Appellant,

versus

JONATHON DOBRE, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CV-389
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Jeffrey Dan Williams ("Williams"), federal inmate # 08119-062, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition, in which he attacked his conviction and sentence.

Williams argues that the district court erred in construing his petition as a 28 U.S.C. § 2241 petition because he filed the petition pursuant to the Suspension Clause.

Williams has failed to demonstrate that the district court erred in characterizing his petition as one arising under 28

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 2241 and in concluding that 28 U.S.C. § 2255 relief was not inadequate or ineffective.  See Tolliver v. Dobre, 211 F.3d 876, 877 (5th Cir. 2000); see also Reyes-Requena v. United States, 243 F.3d 895, 906 n.34 (5th Cir. 2001).  Therefore, the decision of the district court is AFFIRMED.